BRYAN SCHRODER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT ALAN RUMANER,<br><br>                Defendant. | No. 3:20-cr-00084-SLG-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF FIREARMS<br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>   18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about December 12, 2019, within the District of Alaska, the defendant, SCOTT ALAN RUMANER, knowing that he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, the following firearms:

| Type | Manufacturer | Model | Caliber |
|---|---|---|---|
| Black Powder Rifle | Miroku | Ultra-HI | .50 |
| Bolt-action Rifle | Browning | 7L | .458 |
| Bolt-action Rifle | Herters | U-9 | .458 |
| Bolt-action Rifle | Iver Johnson | Model X | .22 |
| Bolt-action Rifle | Loewe | Mauser 1891 | 7.65 |
| Bolt-action Rifle | Loewe | Mauser 1891 | 7.65 |
| Bolt-action Rifle | Loewe | Mauser 1895 | 7.65 |
| Bolt-action Rifle | Marlin | 15Y | .22 |
| Bolt-action Rifle | Mossberg | 4x4 | .338 |
| Bolt-action Rifle | Mossberg | Patriot | 7mm |
| Bolt-action Rifle | Parker Hale | 30.06 | Z32118 |
| Bolt-action Rifle | Remington | 700 | 8mm |
| Bolt-action Rifle | Remington | 700 | .300 |
| Bolt-action Rifle | Remington | 700 | .338 |
| Bolt-action Rifle | Remington | 700 | .270 |
| Bolt-action Rifle | Remington | 700 | .30.06 |
| Bolt-action Rifle | Remington | 770 | .300 |
| Bolt-action Rifle | Remington | Mohawk | .222 |
| Bolt-action Rifle | Remington | Mohawk 600 | .243 |
| Bolt-action Rifle | Russian | M44 | 7.62 |
| Bolt-action Rifle | Savage | Anschutz | .22 |
| Bolt-action Rifle | Savage | Mark 2 | .22 |
| Bolt-action Rifle | Savage | | .17 |
| Bolt-action Rifle | Winchester | 70 | 7mm |
| Bolt-action Rifle | Winchester | Wildcat | .22 |
| Carbine Rifle | Berretta | Gardone | 6.5mm |
| Carbine Rifle | Chinese | SKS | 7.62 |
| Carbine Rifle | Ruger | 10/22 | .22 |
| Carbine Rifle | Springfield | 87A | .22 |
| Double Barrel Shotgun | Cobray | DS | .410 |
| Double Barrel Shotgun | E.R. Amantino | Double Defense | 20 gauge |
| Double Barrel Shotgun | W. Richards | 14 gauge | None |
| Flintlock Shotgun | | Unknown | Unknown |
| Lever Action Rifle | Henry | | .22 |
| Lever Action Rifle | Marlin | 1894S | .44 |

| Type | Manufacturer | Model | Caliber |
|---|---|---|---|
| Lever Action Rifle | Marlin | 1895GS | 45.70 |
| Lever Action Rifle | Marlin | 336A | 30.30 |
| Lever Action Rifle | Marlin | 444S | .444 |
| Lever Action Rifle | Puma | M92 | .454 |
| Lever Action Rifle | Revelation | 15 | .22 |
| Lever Action Rifle | Savage | 99 | .300 |
| Lever Action Rifle | Savage | 99 | .300 |
| Lever Action Rifle | Sears | 273 | .22 |
| Lever Action Rifle | Winchester | 9422M | .22 |
| Over Under Shotgun | Savage | 24 | .410 |
| Over Under Shotgun | Savage | 24D | 20 gauge |
| Over Under Shotgun | Savage | 24V | 20 gauge |
| Over Under Shotgun | Springfield | M6 Scout | .410 |
| Pump Rifle | Winchester | 61 | .22 |
| Pump Shotgun | Charles Daley | Field | 12 gauge |
| Pump Shotgun | Ithica | 37 | 20 gauge |
| Pump Shotgun | Ithica | 37 | 12 gauge |
| Pump Shotgun | Marlin | 1896 | 12 gauge |
| Pump Shotgun | Maverick | 88 | 20 gauge |
| Pump Shotgun | Mossberg | 500 | .410 |
| Pump Shotgun | Remington | 870 | 20 gauge |
| Pump Shotgun | Remington | 870 | 12 gauge |
| Pump Shotgun | Remington | 870 | 12 gauge |
| Pump Shotgun | Springfield | 67 | .410 |
| Revolver | FAC | Field Grade | .454 |
| Revolver | H&R | Sportsman | .22 |
| Revolver | H&R | STR | .22 |
| Revolver | HS | 21S | .22 |
| Revolver | North American Arms | | .22 |
| Revolver | North American Arms | | .22 |
| Revolver | Ruger | Blackhawk | .357 |
| Revolver | Ruger | Blackhawk | .357 |
| Revolver | Ruger | New Vaquero | .45 |
| Revolver | Ruger | Single Six | .22 |
| Revolver | Smith and Wesson | 29-2 | .44 |
| Revolver | Smith and Wesson | 66 | .357 |
| Revolver | | | .357 |
| Rifle-Shotgun Combination | Savage | 72 | .22 |

| Type | Manufacturer | Model | Caliber |
|---|---|---|---|
| Rifle-Shotgun Combination | Traditions | Black Powder | .50 |
| Semiautomatic Pistol | Chiappa | 1911-22 | .22 |
| Semiautomatic Pistol | GSG | Firefly | .22 |
| Semiautomatic Pistol | Ruger | LC9 | 9mm |
| Semiautomatic Pistol | Ruger | Mark IV | .22 |
| Semiautomatic Pistol | Smith and Wesson | SD40VE | .40 |
| Semiautomatic Rifle | Anderson | AM-15 | .223 |
| Semiautomatic Rifle | Century | GP1975 | 7.62 |
| Semiautomatic Rifle | DPMS | LR-308 | .308 |
| Semiautomatic Rifle | J.L.D. Enterprises | PTR 91 | .308 |
| Semiautomatic Rifle | Kel-Tec | SU-16 | .223 |
| Semiautomatic Rifle | Mossberg | 353T | .22 |
| Semiautomatic Rifle | Remington | 522 | .22 |
| Semiautomatic Rifle | Romanian | SKS | 7.62 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 |
| Semiautomatic Rifle | Ruger | AR-556 | 5.56 |
| Semiautomatic Rifle | Ruger | Ranch Rifle | .223 |
| Semiautomatic Rifle | Sears | 3T | .22 |
| Semiautomatic Rifle | Survival Arms | AR-7 | .22 |
| Semiautomatic Rifle | Unknown | AK-47 style | 7.62 |
| Single Shot Rifle | New England Firearms | Handi Rifle SB2 | .223 |
| Single Shot Shotgun | Savage | 94C | 16 gauge |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 |
| Single Shot Shotgun | | Unknown | 12 gauge |

Prior Convictions

| Date | Offense | Court | Case Number |
|---|---|---|---|
| July 21, 2000 | Fleeing a Law Enforcement Officer with Lights and Sirens Activated | Florida Circuit Court | 99001306CF10A |
| September 15, 1995 | Possession of Cocaine | Florida Circuit Court | F95026386 |

All of which in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), set forth in Count 1 of this Indictment, the defendant, SCOTT ALAN RUMANER, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

1. Approximately 1,800 shotgun shells and slugs;
2. Approximately 500 rounds of 7.62 ammunition;
3. Approximately 13,000 rounds of .22 ammunition;
4. Approximately 800 rounds of 5.56 ammunition;
5. Approximately 1,250 rounds of .223 ammunition;
6. Approximately 1,200 rounds of .308 ammunition
7. Approximately 200 rounds of .300 ammunition;
8. Approximately 4,500 rounds of mixed pistol and revolver ammunition;
9. Approximately 9,000 rounds of mixed rifle ammunition;
10. Approximately 75 pistol and rifle magazines; and
11. The firearms listed below:

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Black Powder Rifle | Miroku | Ultra-HI | .50 | 0837 |
| Bolt-action Rifle | Browning | 7L | .458 | 39000 |
| Bolt-action Rifle | Herters | U-9 | .458 | None |
| Bolt-action Rifle | Iver Johnson | Model X | .22 | None |
| Bolt-action Rifle | Loewe | Mauser 1891 | 7.65 | L4083 |
| Bolt-action Rifle | Loewe | Mauser 1891 | 7.65 | 5399 |
| Bolt-action Rifle | Loewe | Mauser 1895 | 7.65 | A2111 |
| Bolt-action Rifle | Marlin | 15Y | .22 | 13678586 |
| Bolt-action Rifle | Mossberg | 4x4 | .338 | BA307097 |
| Bolt-action Rifle | Mossberg | Patriot | 7mm | MPR010244 |
| Bolt-action Rifle | Parker Hale | 30.06 | Z32118 | Z32118 |
| Bolt-action Rifle | Remington | 700 | 8mm | A6471549 |
| Bolt-action Rifle | Remington | 700 | .300 | 6320890 |
| Bolt-action Rifle | Remington | 700 | .338 | C6546218 |
| Bolt-action Rifle | Remington | 700 | .270 | E6276739 |
| Bolt-action Rifle | Remington | 700 | .30.06 | A6726939 |
| Bolt-action Rifle | Remington | 770 | .300 | M71776464 |
| Bolt-action Rifle | Remington | Mohawk | .222 | A6574689 |
| Bolt-action Rifle | Remington | Mohawk 600 | .243 | A6545116 |
| Bolt-action Rifle | Russian | M44 | 7.62 | M44034422 |
| Bolt-action Rifle | Savage | Anschutz | .22 | 523036 |
| Bolt-action Rifle | Savage | Mark 2 | .22 | 2274617 |
| Bolt-action Rifle | Savage | | .17 | J286569 |
| Bolt-action Rifle | Winchester | 70 | 7mm | G1281451 |
| Bolt-action Rifle | Winchester | Wildcat | .22 | 06727 |
| Carbine Rifle | Berretta | Gardone | 6.5mm | 2328 |
| Carbine Rifle | Chinese | SKS | 7.62 | GM1165 |
| Carbine Rifle | Ruger | 10/22 | .22 | 23932162 |
| Carbine Rifle | Springfield | 87A | .22 | None |
| Double Barrel Shotgun | Cobray | DS | .410 | F00007116 |
| Double Barrel Shotgun | E.R. Amantino | Double Defense | 20 gauge | A06278613 |
| Double Barrel Shotgun | W. Richards | 14 gauge | None | None |

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Flintlock Shotgun | | Unknown | Unknown | 18818 |
| Lever Action Rifle | Henry | | .22 | 013268 |
| Lever Action Rifle | Marlin | 1894S | .44 | 16065504 |
| Lever Action Rifle | Marlin | 1895GS | 45.70 | 95205802 |
| Lever Action Rifle | Marlin | 336A | 30.30 | 95011238 |
| Lever Action Rifle | Marlin | 444S | .444 | 23023222 |
| Lever Action Rifle | Puma | M92 | .454 | MA025240 |
| Lever Action Rifle | Revelation | 15 | .22 | None |
| Lever Action Rifle | Savage | 99 | .300 | 534564 |
| Lever Action Rifle | Savage | 99 | .300 | 310086 |
| Lever Action Rifle | Sears | 273 | .22 | 14397 |
| Lever Action Rifle | Winchester | 9422M | .22 | F277068 |
| Over Under Shotgun | Savage | 24 | .410 | None |
| Over Under Shotgun | Savage | 24D | 20 gauge | A967719 |
| Over Under Shotgun | Savage | 24V | 20 gauge | B942195 |
| Over Under Shotgun | Springfield | M6 Scout | .410 | MM620564 |
| Pump Rifle | Winchester | 61 | .22 | 11191 |
| Pump Shotgun | Charles Daley | Field | 12 gauge | 7508938 |
| Pump Shotgun | Ithica | 37 | 20 gauge | None |
| Pump Shotgun | Ithica | 37 | 12 gauge | 1011586 |
| Pump Shotgun | Marlin | 1896 | 12 gauge | 36897 |
| Pump Shotgun | Maverick | 88 | 20 gauge | MV0130805 |
| Pump Shotgun | Mossberg | 500 | .410 | T924163 |
| Pump Shotgun | Remington | 870 | 20 gauge | 213909X |
| Pump Shotgun | Remington | 870 | 12 gauge | AB59682M |
| Pump Shotgun | Remington | 870 | 12 gauge | AB59682M |
| Pump Shotgun | Springfield | 67 | .410 | B439783 |
| Revolver | H&R | Sportsman | .22 | A9372 |
| Revolver | H&R | STR | .22 | AX104446 |
| Revolver | North American Arms | | .22 | E077267 |
| Revolver | North American Arms | | .22 | E257059 |
| Revolver | Ruger | Blackhawk | .357 | 3344369 |
| Revolver | Ruger | Blackhawk | .357 | 3250203 |
| Revolver | Ruger | New Vaquero | .45 | 51001020 |
| Revolver | Ruger | Single Six | .22 | 6293660 |

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Revolver | Smith and Wesson | 29-2 | .44 | N856919 |
| Revolver | Smith and Wesson | 66 | .357 | 2K84225 |
| Revolver | | | .357 | 12349 |
| Rifle-Shotgun Combination | Savage | 72 | .22 | B312777 |
| Rifle-Shotgun Combination | Traditions | Black Powder | .50 | 173023 |
| Semiautomatic Pistol | Chiappa | 1911-22 | .22 | 11M40096 |
| Semiautomatic Pistol | GSG | Firefly | .22 | F390037 |
| Semiautomatic Pistol | Ruger | LC9 | 9mm | 45281171 |
| Semiautomatic Pistol | Ruger | Mark IV | .22 | WBR103952 |
| Semiautomatic Pistol | Smith and Wesson | SD40VE | .40 | FWU2215 |
| Semiautomatic Rifle | Anderson | AM-15 | .223 | 16430624 |
| Semiautomatic Rifle | Century | GP1975 | 7.62 | GP7509141 |
| Semiautomatic Rifle | DPMS | LR-308 | .308 | FFK035945 |
| Semiautomatic Rifle | J.L.D. Enterprises | PTR 91 | .308 | A1983 |
| Semiautomatic Rifle | Kel-Tec | SU-16 | .223 | NAM47 |
| Semiautomatic Rifle | Mossberg | 353T | .22 | 1008125 |
| Semiautomatic Rifle | Remington | 522 | .22 | 3226977 |
| Semiautomatic Rifle | Romanian | SKS | 7.62 | GN473 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 | 25211704 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 | 12289103 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 | 11623223 |
| Semiautomatic Rifle | Ruger | AR-556 | 5.56 | 85346092 |
| Semiautomatic Rifle | Ruger | Ranch Rifle | .223 | 18707711 |
| Semiautomatic Rifle | Sears | 3T | .22 | 74494 |
| Semiautomatic Rifle | Survival Arms | AR-7 | .22 | A306535 |
| Semiautomatic Rifle | Unknown | AK-47 style | 7.62 | DZ0919 |

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Single Shot Rifle | New England Firearms | Handi Rifle SB2 | .223 | NK219142 |
| Single Shot Shotgun | Savage | 94C | 16 gauge | None |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 | 40404 |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 | 13863 |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 | Obliterated |
| Single Shot Shotgun | | Unknown | 12 gauge | None |

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ James Klugman
JAMES KLUGMAN
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE: September 16, 2020