IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | |
| SCOTT ALAN RUMANER, | Case No. 3:20-cr-00084-SLG-MMS |
| Defendant. | |

**PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), based on defendant's guilty plea and admission to forfeiture, the Court GRANTS the Motion for Preliminary Order of Forfeiture (Docket 84), and finds as follows:

The following property constitutes any firearms or ammunition involved in or used in knowing violation of offense of conviction pursuant to 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(2), and therefore defendant's interest, if any, in the following property is subject to forfeiture, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), including without limitation:

1. **Approximately 1,800 shotgun shells and slugs;**
2. **Approximately 500 rounds of 7.62 ammunition;**
3. **Approximately 13,000 rounds of .22 ammunition;**
4. **Approximately 800 rounds of 5.56 ammunition;**
5. **Approximately 1,250 rounds of .223 ammunition;**

6. Approximately 1,200 rounds of .308 ammunition

7. Approximately 200 rounds of .300 ammunition;

8. Approximately 4,500 rounds of mixed pistol and revolver ammunition;

9. Approximately 9,000 rounds of mixed rifle ammunition;

10. Approximately 75 pistol and rifle magazines; and

11. The firearms listed below:

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Black Powder Rifle | Miroku | Ultra-HI | .50 | 0837 |
| Bolt-action Rifle | Browning | 7L | .458 | 39000 |
| Bolt-action Rifle | Herters | U-9 | .458 | None |
| Bolt-action Rifle | Iver Johnson | Model X | .22 | None |
| Bolt-action Rifle | Loewe | Mauser 1891 | 7.65 | L4083 |
| Bolt-action Rifle | Loewe | Mauser 1891 | 7.65 | 5399 |
| Bolt-action Rifle | Loewe | Mauser 1895 | 7.65 | A2111 |
| Bolt-action Rifle | Marlin | 15Y | .22 | 13678586 |
| Bolt-action Rifle | Mossberg | 4x4 | .338 | BA307097 |
| Bolt-action Rifle | Mossberg | Patriot | 7mm | MPR010244 |
| Bolt-action Rifle | Parker Hale | 30.06 | Z32118 | Z32118 |
| Bolt-action Rifle | Remington | 700 | 8mm | A6471549 |
| Bolt-action Rifle | Remington | 700 | .300 | 6320890 |
| Bolt-action Rifle | Remington | 700 | .338 | C6546218 |
| Bolt-action Rifle | Remington | 700 | .270 | E6276739 |
| Bolt-action Rifle | Remington | 700 | .30.06 | A6726939 |
| Bolt-action Rifle | Remington | 770 | .300 | M71776464 |
| Bolt-action Rifle | Remington | Mohawk | .222 | A6574689 |
| Bolt-action Rifle | Remington | Mohawk 600 | .243 | A6545116 |
| Bolt-action Rifle | Russian | M44 | 7.62 | M44034422 |
| Bolt-action Rifle | Savage | Anschutz | .22 | 523036 |
| Bolt-action Rifle | Savage | Mark 2 | .22 | 2274617 |
| Bolt-action Rifle | Savage | | .17 | J286569 |

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Bolt-action Rifle | Winchester | 70 | 7mm | G1281451 |
| Bolt-action Rifle | Winchester | Wildcat | .22 | 06727 |
| Carbine Rifle | Berretta | Gardone | 6.5mm | 2328 |
| Carbine Rifle | Chinese | SKS | 7.62 | GM1165 |
| Carbine Rifle | Ruger | 10/22 | .22 | 23932162 |
| Carbine Rifle | Springfield | 87A | .22 | None |
| Double Barrel Shotgun | Cobray | DS | .410 | F00007116 |
| Double Barrel Shotgun | E.R. Amantino | Double Defense | 20 gauge | A06278613 |
| Double Barrel Shotgun | W. Richards | 14 gauge | None | None |
| Flintlock Shotgun | | Unknown | Unknown | 18818 |
| Lever Action Rifle | Henry | | .22 | 013268 |
| Lever Action Rifle | Marlin | 1894S | .44 | 16065504 |
| Lever Action Rifle | Marlin | 1895GS | 45.70 | 95205802 |
| Lever Action Rifle | Marlin | 336A | 30.30 | 95011238 |
| Lever Action Rifle | Marlin | 444S | .444 | 23023222 |
| Lever Action Rifle | Puma | M92 | .454 | MA025240 |
| Lever Action Rifle | Revelation | 15 | .22 | None |
| Lever Action Rifle | Savage | 99 | .300 | 534564 |
| Lever Action Rifle | Savage | 99 | .300 | 310086 |
| Lever Action Rifle | Sears | 273 | .22 | 14397 |
| Lever Action Rifle | Winchester | 9422M | .22 | F277068 |
| Over Under Shotgun | Savage | 24 | .410 | None |
| Over Under Shotgun | Savage | 24D | 20 gauge | A967719 |
| Over Under Shotgun | Savage | 24V | 20 gauge | B942195 |
| Over Under Shotgun | Springfield | M6 Scout | .410 | MM620564 |
| Pump Rifle | Winchester | 61 | .22 | 11191 |
| Pump Shotgun | Charles Daley | Field | 12 gauge | 7508938 |
| Pump Shotgun | Ithica | 37 | 20 gauge | None |
| Pump Shotgun | Ithica | 37 | 12 gauge | 1011586 |
| Pump Shotgun | Marlin | 1896 | 12 gauge | 36897 |
| Pump Shotgun | Maverick | 88 | 20 gauge | MV0130805 |
| Pump Shotgun | Mossberg | 500 | .410 | T924163 |
| Pump Shotgun | Remington | 870 | 20 gauge | 213909X |
| Pump Shotgun | Remington | 870 | 12 gauge | AB59682M |
| Pump Shotgun | Remington | 870 | 12 gauge | AB59682M |

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Pump Shotgun | Springfield | 67 | .410 | B439783 |
| Revolver | H&R | Sportsman | .22 | A9372 |
| Revolver | H&R | STR | .22 | AX104446 |
| Revolver | North American Arms | | .22 | E077267 |
| Revolver | North American Arms | | .22 | E257059 |
| Revolver | Ruger | Blackhawk | .357 | 3344369 |
| Revolver | Ruger | Blackhawk | .357 | 3250203 |
| Revolver | Ruger | New Vaquero | .45 | 51001020 |
| Revolver | Ruger | Single Six | .22 | 6293660 |
| Revolver | Smith and Wesson | 29-2 | .44 | N856919 |
| Revolver | Smith and Wesson | 66 | .357 | 2K84225 |
| Revolver | | | .357 | 12349 |
| Rifle-Shotgun Combination | Savage | 72 | .22 | B312777 |
| Rifle-Shotgun Combination | Traditions | Black Powder | .50 | 173023 |
| Semiautomatic Pistol | Chiappa | 1911-22 | .22 | 11M40096 |
| Semiautomatic Pistol | GSG | Firefly | .22 | F390037 |
| Semiautomatic Pistol | Ruger | LC9 | 9mm | 45281171 |
| Semiautomatic Pistol | Ruger | Mark IV | .22 | WBR103952 |
| Semiautomatic Pistol | Smith and Wesson | SD40VE | .40 | FWU2215 |
| Semiautomatic Rifle | Anderson | AM-15 | .223 | 16430624 |
| Semiautomatic Rifle | Century | GP1975 | 7.62 | GP7509141 |
| Semiautomatic Rifle | DPMS | LR-308 | .308 | FFK035945 |
| Semiautomatic Rifle | J.L.D. Enterprises | PTR 91 | .308 | A1983 |
| Semiautomatic Rifle | Kel-Tec | SU-16 | .223 | NAM47 |
| Semiautomatic Rifle | Mossberg | 353T | .22 | 1008125 |
| Semiautomatic Rifle | Remington | 522 | .22 | 3226977 |
| Semiautomatic Rifle | Romanian | SKS | 7.62 | GN473 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 | 25211704 |
| Semiautomatic Rifle | Ruger | 10/22 | .22 | 12289103 |

Case No. 3:20-cr-00084-SLG-MMS, *USA v. Rumaner*
Preliminary Order of Forfeiture
Page 4 of 7
Case 3:20-cr-00084-SLG-MMS   Document 85   Filed 03/08/24   Page 4 of 7

| Type | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Semiautomatic Rifle | Ruger | 10/22 | .22 | 11623223 |
| Semiautomatic Rifle | Ruger | AR-556 | 5.56 | 85346092 |
| Semiautomatic Rifle | Ruger | Ranch Rifle | .223 | 18707711 |
| Semiautomatic Rifle | Sears | 3T | .22 | 74494 |
| Semiautomatic Rifle | Survival Arms | AR-7 | .22 | A306535 |
| Semiautomatic Rifle | Unknown | AK-47 style | 7.62 | DZ0919 |
| Single Shot Rifle | New England Firearms | Handi Rifle SB2 | .223 | NK219142 |
| Single Shot Shotgun | Savage | 94C | 16 gauge | None |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 | 40404 |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 | 13863 |
| Single Shot Shotgun | Sporting Arms | Snake Charmer II | .410 | Obliterated |
| Single Shot Shotgun |  | Unknown | 12 gauge | None |

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-listed property is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), and defendant shall forthwith forfeit all right, title and interest, if any, in the above-listed property.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the U.S. Marshal and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is authorized to seize and take possession of the aforementioned property and hold such in its secure custody and control until further order of this Court, may conduct

Case No. 3:20-cr-00084-SLG-MMS, *USA v. Rumaner*
Preliminary Order of Forfeiture
Page 5 of 7
Case 3:20-cr-00084-SLG-MMS   Document 85   Filed 03/08/24   Page 5 of 7

any discovery the Court considers proper in identifying, locating, or disposing of said property; and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Attorney's Office shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published on the official government forfeiture website, [www.forfeiture.gov](www.forfeiture.gov), for at least 30 consecutive days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 60 days from the first publication of notice or 30 days of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of

Case No. 3:20-cr-00084-SLG-MMS, *USA v. Rumaner*
Preliminary Order of Forfeiture
Page 6 of 7
Case 3:20-cr-00084-SLG-MMS   Document 85   Filed 03/08/24   Page 6 of 7

any discovery the Court considers proper in identifying, locating, or disposing of said property; and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Attorney's Office shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct. The notice shall be published on the official government forfeiture website, [www.forfeiture.gov](www.forfeiture.gov), for at least 30 consecutive days. The notice shall state that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within 60 days from the first publication of notice or 30 days of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of

Case No. 3:20-cr-00084-SLG-MMS, *USA v. Rumaner*
Preliminary Order of Forfeiture
Page 6 of 7
Case 3:20-cr-00084-SLG-MMS   Document 85   Filed 03/08/24   Page 6 of 7

forfeiture in which all interests will be addressed.

DATED this 8th day of March 2024, at Anchorage, Alaska.

>*/s/ Sharon L. Gleason*
>UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00084-SLG-MMS, *USA v. Rumaner*
Preliminary Order of Forfeiture
Page 7 of 7
　　Case 3:20-cr-00084-SLG-MMS　　Document 85　　Filed 03/08/24　　Page 7 of 7